D/KS-PROB 12B
(rev 02/06)

PACTS#19170

# United States District Court

## for the

## District of Kansas

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

Case Number: **1083 6:05CR60056-001**

Name of Offender:  **James A Hald**

Name of Sentencing Judicial Officer:   Honorable Richard G Kopf (D/NE)
Name of Reassigned Judicial Officer   Honorable J. Thomas Marten, U.S. District Judge

Date of Original Sentence:       11/20/2001

Original Offense:    Conspiracy to Possess with Intent to Distribute Methamphetamine

Original Sentence:    Imprisonment - 45 M
                     Supervised Release - 60 M

Type of Supervision:    TSR            Date Supervision Commenced:    2/18/2005

## PETITIONING THE COURT

[ ]    To extend the term of supervision for   years, for a total term of   years.
[X]    To modify the conditions of supervision as follows:

**"The defendant shall reside in the Mirror, Inc., halfway house program (236 S. Pattie, Wichita, KS 67211) for a period of up to 180 days. Participation is to be the community corrections component allowing for work release."**

## CAUSE

As Your Honor may recall, Mr. Hald has been the subject of several prior reports to the Court relative to arrests. In May 2007, he was arrested for Possession of Drug Paraphernalia and Littering. This case is still pending. In June 2007, Mr. Hald was arrested for Driving While Suspended and Speeding. He has pleaded guilty and has been fined. Most recently, on July 10, 2007, Mr. Hald once again had police contact. The probation office was notified that he was arrested and then released. Mr. Hald denies that he was actually arrested, but does admit to contact with law enforcement. Mr. Hald was a passenger in a vehicle in which the driver was found to have a large amount of methamphetamine and marijuana. Mr. Hald was found to be in possession of $2,800, which he claimed belonged to the driver of the vehicle. Mr. Hald has not been formally charged relative to this incident.

Based upon prior issues, Mr. Hald was returned to structured drug testing via code-a-phone procedures. He failed to report for drug testing on July 14, 2007. Mr. Hald continues to

Prob 12B                                     -2-            *Request for Modifying the Conditions or*
                                                             *Terms of Supervision with Consent of the Offender*
*Name of Offender:*  James A Hald                            *Case Number: 1083 6:05CR60056-001*

---

demonstrate noncompliant behavior as evidenced by his association with person's who are engaged in drug use and/or illegal activity. It is the opinion of the U.S. Probation Office that Mr. Hald is in need of additional structure and accountability. Therefore, the probation office is recommending the modification of Mr. Hald's conditions to include placement at the halfway house.

Mr. Hald has been presented with the Waiver of Hearing to Modify Conditions of Supervision (Prob Form 49) and he has had an opportunity to consult with an attorney regarding this matter, but he declined to do so. Mr. Hald has agreed to the modification of his conditions as noted above. The signed waiver is available for review should the Court so wish.

Respectfully submitted,

s/ Toni Corby

by _____

Approved:

Toni L Corby
U.S. Probation Officer
Date: July 17, 2007

_____
          SUSPO

---

THE COURT ORDERS:
[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

s/ J. Thomas Marten
Signature of Judicial Officer

July 25, 2007
Date

cc: AUSA- Criminal Chief Legal Assistant/ Wichita