PROB 12C
(D/KS 1/06)

PACTS#19170

# United States District Court



**for the**

**District of Kansas**

'07 SEP -5 P4:15

**Petition for Warrant or Summons for Offender Under Supervision**

CLERK, U.S. DISTRICT COURT
BY: DEPUTY CLERK
AT WICHITA, KS

SEALED

Case Number: **1083 6:05CR60056-001**

Name of Offender: **James A Hald**

Name of Sentencing Judicial Officer: Honorable Richard G Kopf (D/NE)
Name of Reassigned Judicial Officer: Honorable J. Thomas Marten, U.S. District Judge

Date of Original Sentence: 11/20/2001

Original Offense: Conspiracy to Possess with Intent to Distribute Methamphetamine

Original Sentence: Imprisonment - 45 M
Supervised Release - 60 M

Type of Supervision: TSR Date Supervision Commenced: 02/18/2005

Asst. U.S. Attorney: To be assigned Defense Attorney: To be assigned

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #7:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."<br><br>On 08/08/07 and 08/15/07, Mr. Hald submitted urine samples which were subsequently confirmed positive for the use of methamphetamine. |
| 2 | **Special Condition:** "The defendant shall reside in the Mirror, Inc., halfway house program (236 S. Pattie, Wichita, KS 67211) for a period of up to 180 days. Participation is to be the community corrections component allowing for work release."<br><br>In July 2007, Mr. Hald's conditions were modified to add the condition for halfway house placement. Mr. Hald entered the halfway house on 08/08/07. On, or about, 08/28/07, Mr. Hald left the halfway house facility without approval, and as of the date of this report had not returned. His current whereabouts are unknown. |

4

3 **Standard Condition #2:** "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."

Mr. Hald failed to report to the probation office on 08/29/07, as directed.

4 **Special Condition #5:** "Pursuant to 18 U.S.C. § 3583(d), the defendant shall submit to a drug test within fifteen (15) days of release on Supervised Release and at least two (2) periodic drug tests thereafter to determine whether the defendant is using a controlled substance. Further, the defendant shall submit to such testing as requested by any U.S. Probation Officer to detect the presence of alcohol or controlled substances in the defendant's body fluids and to determine whether the defendant has used any of those substances. The defendant shall pay for the collection of urine samples to be tested for the presence of alcohol and/or controlled substances."

Mr. Hald has failed to report for drug testing as directed on 03/20/06, 07/14/07, and 08/07/07.

U.S. Probation Officer Recommendation:

The term of supervision should be:

[X] Revoked
[ ] Extended for year(s), for a total term of years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 29, 2007

Approved:

SUSPO

Toni L Corby

U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant. Petition and warrant sealed and not to be distributed to counsel of record. Unsealed upon arrest.
[ ] The Issuance of a Summons
[ ] Other

J. Thomas Marten
Signature of Judicial Officer

September 5, 2007
Date

cc: AUSA- Criminal Chief Legal Assistant/Wichita